**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-18-00535-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Estrada, et al., | |
| Defendants. | |

To accommodate the Court's calendar, and due to the COVID-19 pandemic, the evidentiary hearing on the issue of Plaintiff's exhaustion of administrative remedies, currently set for August 10, 2020 at 1:30 p.m., will be continued.

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the evidentiary hearing on the issue of Plaintiff's exhaustion of administrative remedies, currently set for August 10, 2020 at 1:30 p.m., is continued to **October 6, 2020 at 1:30 p.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ 85701.

Dated this 13th day of July, 2020.

_____
Honorable Rosemary Márquez
United States District Judge